PLEASE STAMP FILE AND RETURN COPY

CC FILE
10-21-2015
DATED

KEEPER RAY HUDSON #1126301
MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY, TX. 75886

RE: COURT OF APPEALS NUMBER: 14-02-00815-CR
    TRIAL COURT CASE NUMBER: 906.051
STYLE: KEEPER RAY HUDSON V. STATE OF TEXAS

TO THE CHIEF DEPUTY CLERK: TROY WARD;
OF THE FOURTEENTH COURT OF APPEALS
301 FANNIN, SUITE 245, HOUSTON, TX. 77002

Dear Mr. TROY WARD,
Sir, would you PLEASE tell me just what your "OFFICIAL AUTHORIZED" "CASE DESCRIPTION" SHOW WHAT I WAS OFFICIALLY CONVICTED OF?

VERY TRULY YOURS,
KEEPER RAY HUDSON #1126301
MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY, TX 75886

Keeper Ray Hudson